## Smith *v.* State of Indiana.

[No. 25,150.   Filed October 13, 1931.]

*William D. Hardy*, for appellant.

*Arthur L. Gilliom*, Attorney-General, for the State.

MARTIN, C. J.—Appellant was convicted for violating §4, ch. 48, Acts 1925, §2717 Burns 1926. Errors assigned here present the question of the admissibility in evidence of intoxicating liquor seized and information gained by police officers while making a search of appellant's premises under a search warrant (provided for by §31, ch. 48, Acts 1925, §2746 Burns 1926). The search warrant was issued without a sufficient showing that reasonable and probable cause existed for the search—there being neither a positive allegation of facts in the affidavit for the search warrant, nor a hearing of evidence by the issuing magistrate. *Becker* v. *State* (1928), 200 Ind. 397, 164 N. E. 27; *Gwinn* v. *State* (1929), 201 Ind. 420, 423, 166 N. E. 769; *Seeger* v. *State* (1929), 201 Ind. 469, 474, 168 N. E. 577.

Judgment reversed, with instructions to sustain appellant's motion for a new trial.

Myers, J., absent.